UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

NATHANIAL ISAAC,

                                  Plaintiff,     16-CV-4729 (KAM) (RLM)

           -against-                NOTICE OF APPEARANCE

THE CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **ELISSA P. FUDIM**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, appears herein as counsel of record for defendants.

Dated:  New York, New York
          October 23, 2018

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the
                                              City of New York
                                              *Attorney for Defendant*
                                              100 Church Street, Rm. 3-169
                                              New York, New York 10007
                                              (212) 356-2335

                                              By:     /S
                                                       Elissa P. Fudim
                                                       Senior Counsel